WILKE et al., Respondents, v. BENNETT, Appellant. (Supreme Court, Appellate Division, Second Department. October 17, 1902.) Action by Henry E. Wilke and John B. Roesch against David Bennett. No opinion. Order modified, by inserting a provision therein requiring the plaintiffs to pay the costs of the trial and all disbursements in the action to date, together with the costs of this appeal, all to be paid within 20 days from the entry of this order; otherwise, order reversed, and judgment directed to be entered on the verdict, with costs and costs of this appeal.

———

WILLIAMS, Respondent, v. SYRACUSE, L. & B. RY., Appellant. (Supreme Court, Appellate Division, Fourth Department. September 30, 1902.) Action by Jennette C. Williams, an infant, etc., against the Syracuse, Lakeside & Baldwinsville Railway. No opinion. Judgment and order affirmed, with costs.

———

WINN, Appellant, v. WINN, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 17, 1902.) Action by Richmond Winn against Ellen F. Winn. No opinion. Judgment affirmed, with costs.

———

In re WISNER. (Supreme Court, Appellate Division, Fourth Department. October 14, 1902.) In the matter of proceedings for the disbarment of Gabriel W. Wisner. No opinion. Order of reference entered, referring the issues to M. H. Riley, Esq., attorney and counselor at law, residing at Cazenovia, N. Y., and directing the district attorney of Onondaga county and Charles G. Baldwin, Esq., as counsel, to prosecute.

———

WOOD, Respondent, v. E. & H. T. ANTHONY & CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 17, 1902.) Action by Revilo C. Wood, as guardian ad litem of Harry C. Wood, a minor, against E. & H. T. Anthony & Co. No opinion. Appeal dismissed on argument, with $10 costs and disbursements, on the ground that the case is not appealable.